# IN THE COURT OF CRIMINAL APPEALS
## AUSTIN, TEXAS

RECEIVED
COURT OF CRIMINAL APPEALS
4/21/2015
ABEL ACOSTA, CLERK

In re
Roderick Harris,
            RELATOR

)
)
)
)
)
)
)

**Cause No.**
**W09-00409-Y(A)**

## MOTION FOR LEAVE TO FILE
## EMERGENCY APPLICATION FOR WRIT OF PROHIBITION

### This is a Capital Case

BRAD D. LEVENSON (No. 24073411)
Director, Office of Capital Writs
(E-Mail: Brad.Levenson@ocw.texas.gov)
ROBERT ROMIG (No. 24060517)
(E-Mail: Robert.Romig@ocw.texas.gov)
JEREMY SCHEPERS (No. 24084578)
(E-Mail: Jeremy.Schepers@ocw.texas.gov)
Post-Conviction Attorneys
Office of Capital Writs
1700 N. Congress Ave, Suite 460
Austin, Texas 78711
(512) 463-8600
(512) 463-8590 (fax)

Attorneys for Relator

## IN THE COURT OF CRIMINAL APPEALS
## AUSTIN, TEXAS

|  |  |  |
|---|---|---|
| In re<br>**Roderick Harris,**<br>**RELATOR** | ) ) ) ) ) ) ) | **Cause No.**<br>**W09-00409-Y(A)** |

## MOTION FOR LEAVE TO FILE
## EMERGENCY APPLICATION FOR WRIT OF PROHIBITION

Roderick Harris, by and through his counsel the Office of Capital Writs ("OCW"), pursuant to Texas Rule of Appellate Procedure 72.1, files this Motion for Leave to File an Emergency Application for Writ of Prohibition.

## PRAYER FOR RELIEF

For the reasons expressed in the Emergency Application for Writ of Prohibition, Harris respectfully requests this Court grant Harris leave to file the Emergency Application and grant the relief therein requested.

Respectfully submitted,

DATED:     April 21, 2015

By _____
BRAD D. LEVENSON
Director, Office of Capital Writs

1

## CERTIFICATE OF SERVICE

I, the undersigned, declare and certify that I have served the foregoing Motion to:

Court of Criminal Appeals
P.O. Box 112308
Austin, Texas 78711

Honorable Judge Elizabeth Frizell
Criminal District Court No. 7
133 N. Riverfront Blvd.
Lock Box 54
Dallas, Texas 75207

Dallas County District Attorney
c/o Shelly Yeatts
133 N. Riverfront Blvd.
Lock Box 19
Dallas, Texas 75207

Roderick Harris
TDCJ # 999571
TDCJ Polunsky Unit
3872 FM 350 South
Livingston, Texas 77351

This certification is executed on April 21, 2015, at Austin, Texas.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_____
BRAD D. LEVENSON